93 F.3d 1124w
 5 A.D. Cases 1422, 8 NDLR P 305
 INMATES OF THE ALLEGHENY COUNTY JAIL, Thomas Price Bey,
Arthur Goslee, Robert Maloney, and Calvin Milligan
on their own behalf and on behalf of all
others similarly situated, Appellants,
v.
Cyril H. WECHT, President of the Allegheny County Board of
Prison Inspectors, and the other members of the Board;
Thomas Foerster and William H. Hunt, Commissioners for
Allegheny County; Frank J. Lucchino, Controller for
Allegheny County; Eugene Coon, Sheriff for Allegheny
County; the Honorable Patrick R. Tamilia; Michael J.
O'Malley and Marion K. Finkelhor, Judges, Court of Common
Pleas of Allegheny County; Richard S. Caliguiri, Mayor of
the City of Pittsburgh; Harriet McCray; Msgr. Charles Owen
Rice; and Charles Kozakiewicz, Warden of the Allegheny
County Jail and William R. Robinson, Executive Director of
Prison Inspectors; and Cyril Wecht, Thomas Foerster and
William H. Hunt, as Commissioners of Allegheny County,
v.
The COMMONWEALTH OF PENNSYLVANIA; the Commonwealth of
Pennsylvania, Department of Corrections; Davis S. Owens,
Jr., Commissioner, Department of Corrections; and Erskind
Deramus, Deputy Commissioner, Department of Corrections.
 No. 95-3402.
 United States Court of Appeals,
Third Circuit.
 Argued March 22, 1996.
Decided Aug. 22, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION